CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
March 31, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| Nicholas Wray, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:23-cv-00060 |
| Life Insurance Company of North America | ) |
| and | ) |
| The West Monroe Partners, Inc. Welfare Plan, | ) |
| Defendants. | ) |

## ORDER AND FINAL JUDGMENT

This matter is before the court on Defendant Life Insurance Company of North America's ("LINA") motion "(1) For Summary Judgment, or, in the Alternative, (2) For Remand, or, Further in the Alternative, (3) For Judgment on the Administrative Record," (Dkt. 43), Defendant The West Monroe Partners, Inc. Welfare Plan's ("WMP") motion for summary judgment, (Dkt. 47), and Plaintiff Nicholas Wray's motion for judgment on the administrative record, (Dkt. 45). For the reasons stated in the court's accompanying Memorandum Opinion, LINA's motion for summary judgment is **GRANTED**. WMP's motion for summary judgment is **GRANTED**. Wray's motion for judgment on the administrative record is **DENIED**, and judgment is entered in favor of Defendants.

The Clerk is directed to strike this case from the court's active docket and to forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record. The Memorandum Opinion shall be filed under seal until further order from the court.

**ENTERED** this 31st day of March, 2025.

*[signature: Jasmine H. Yoon]*

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE